UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>LUNAVI, INC., a Wyoming corporation; GREEN HOUSE DATA, INC., a Wyoming corporation,<br><br>    Defendants. | CASE NO. 7:21-cv-01539<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, LYNNEL M. REYES hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff, SWITCH, LTD., in the above-captioned action.

  I am in good standing of the State Bar of Nevada, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED: April 20, 2021       Respectfully submitted,

                 /s/: Lynnel M. Reyes
                Lynnel M. Reyes, Esq.
                NV Bar No. 14604
                **SWITCH, LTD.**
                7135 South Decatur Blvd.
                Las Vegas, Nevada 89118
                Telephone: 702-444-4111
                lreyes@switch.com
                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of April, 2021, the foregoing **MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE** was transmitted to the following attorneys via the Court's CM/ECF system by which this document was filed.

                                                       */s/:   Tanya Paonessa*
                                                     An Agent of SWITCH, LTD.