## AFFIDAVIT OF LYNNEL M. REYES, ESQ., PURSUANT TO LR 1.3

STATE OF NEVADA              )
                             ) ss.
COUNTY OF CLARK              )

I, LYNNEL M. REYES, being first duly sworn, depose and state:

1. I submit this Affidavit in support of my Motion for Admission Pro Hac Vice.

2. I am in good standing of the State Bar of Nevada.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are presently no disciplinary proceedings against me.

FURTHER AFFIANT SAYETH NAUGHT.

_____
LYNNEL M. REYES

SUBSCRIBED AND SWORN to before me
this 20th day of April, 2021.

_____
NOTARY PUBLIC

TANYA PAONESSA
Notary Public
State of Nevada
Appt. No. 98-2455-1
My Appt. Expires June 9, 2024

2