UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SWITCH, LTD.,

            Plaintiff,

v.

LUNAVI, INC. and GREEN HOUSE DATA,
INC.,

            Defendants.
------------------------------------------------------------x

**ORDER**

21 CV 1539 (VB)

       Plaintiff commenced this action by filing a complaint on February 19, 2021.  (Doc. #1).

On July 17, 2021, defendant filed a motion to dismiss or, in the alternative, to transfer venue to

the District of Wyoming pursuant to 28 U.S.C. § 1404.  (Doc. #17).

       By letter dated July 29, 2021, plaintiff's counsel informed the Court that "[a]lthough

[they] believed venue was proper at the time of the filing of the complaint, and [they] neither

concede nor admit any impropriety to the venue, given that Plaintiff's motion seeks either

dismissal or transfer, Switch has chosen to stipulate to the transfer."  (Doc. #20).  The parties

subsequently filed a stipulation to transfer this action to the District of Wyoming.  (Doc. #21).

       Accordingly, it is HEREBY ORDERED:

       Pursuant to 28 U.S.C. § 1404, the Clerk of Court is instructed to transfer this case to the

District of Wyoming and close this case.

Dated:  July 30, 2021
        White Plains, NY

                         SO ORDERED:

                         Vincent L. Briccetti
                         United States District Judge